01

02

03

04                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
05                              AT SEATTLE

06   DANIEL R. LASSEN,                    )   CASE NO.: C07-0531-RSM
                                          )
07        Petitioner,                     )
                                          )
08   v.                                   )   ORDER DENYING PETITIONER'S
                                          )   HABEAS PETITION WITH
09   KENNETH QUINN,                       )   PREJUDICE
                                          )
10        Respondent.                     )
     _____ )
11

12        The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

13   answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate

14   Judge, and the remaining record, does hereby find and Order:

15        (1)    The Court adopts the Report and Recommendation;

16        (2)    Petitioner's habeas petition and this action are DISMISSED, with prejudice; and,

17        (3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

18               respondent, and to Judge Theiler.

19        DATED this 21st day of December, 2007.

20

21                                                     _____
                                                       RICARDO S. MARTINEZ
22                                                     UNITED STATES DISTRICT JUDGE


ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1